IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
CLERK'S OFFICE

2005 MAR -7 A 10: 31

U.S. DISTRICT COURT
DISTRICT OF MASS.

MYRIAM NELLY PEDROZA,

        Plaintiff,

vs.

DENIS RIORDAN, in his official
capacity as District Director
of the Boston District of
UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES,

        Defendant.

COMPLAINT NO: 05-30009-MAP

## NOTICE OF SERVICE

Now come the plaintiffs in this matter and respectfully notify this Honorable Court, in compliance with Fed.R.Civ.P. 4(i), that service of the Summons and the Complaint has been completed on all necessary parties in this case as follows:

1. Denis Riordan, District Director, Boston District United States Citizenship and Immigration Services at JFK Building Government Center, Boston, Massachusetts 02203, by Certified Mail/Return Receipt Requested on February 24, 2005 (See attached receipt.)

2. Eduardo Aguirre, Director United States Citizenship and Immigration Services at 20 Massachusetts Avenue Washington, D.C. 20529, by Certified Mail/Return Receipt Requested on February 24, 2005. (See attached receipt.)

3. Michael Sullivan US Attorney c/o US Attorney's Office 1550 Main Street, Springfield, Massachusetts 01103 Boston, Massachusetts, by Certified Mail/Return Receipt Requested on February 22, 2005. (See attached receipt.)

4. John Ashcroft, US Attorney General at Department of Justice 950 Pennsylvania Avenue, Washington, D.C. 20530, by Certified Mail/Return Receipt Requested on February 23, 2005. (See attached receipt.)

March 4, 2005

Respectfully submitted
By Attorneys for plaintiff,

Cristóbal Bonifaz
48 North Pleasant Street
P.O. Box 2488
Amherst, Massachusetts 01004-2488
e-mail cbonifaz@comcast.net

## CERTIFICATE OF SERVICE

I, Cristóbal Bonifaz certify that today, March 4, 2005, I served this Notice of Service by regular mail upon the following:

| | |
|---|---|
| Honorable John Ashcroft<br>Attorney General United States<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 | Honorable Eduardo Aguirre<br>Director<br>US Citizenship and Immigration Services<br>20 Massachusetts Avenue<br>Washington, DC 20529 |
| Michael J. Sullivan, Esq.<br>C/o United States Attorney Springfield<br>US Attorney's Office<br>1550 Main Street<br>Springfield, Massachusetts 01103 | Denis Riordan<br>District Director<br>US Citizenship and Immigration Services<br>JFK Building, Government Center<br>Boston, Massachusetts 02203 |

_/s/ Cristóbal Bonifaz_
Cristóbal Bonifaz

LAW OFFICES OF
# Cristóbal Bonifaz

CRISTÓBAL BONIFAZ
48 North Pleasant Street
Post Office Box 2488
Amherst, Massachusetts 01004-2488
(413) 253-5626
Fax (413) 369-0076



JOHN C. BONIFAZ
9 Revere Street
Third Floor
Jamaica Plain, Massachusetts 02130
Telephone/Telecopier
(617) 524-2771

**VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED**

February 18, 2005

Honorable John Ascroft
Attorney General United States
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

Honorable Eduardo Aguirre
Director
US Citizenship and Immigration Services
20 Massachusetts Avenue
Washington, DC 20529

Michael J. Sullivan, Esq.
C/o United States Attorney Springfield
US Attorney's Office
1550 Main Street
Springfield, Massachusetts 01103

Denis Riordan
District Director
US Citizenship and Immigration Services
JFK Building, Government Center
Boston, Massachusetts 02203

RE: **MYRIAM PEDROZA V. US CITIZENSHIP AND IMMIGRATION SERVICE C.A. No. 05-30009-MAP**

Honorable Gentlemen:

Please find enclosed, as provided by the Federal Rules of Civil Procedure, service of a Summons and a Complaint (two copies) of an action for damages filed on January 11, 2005, by United States Citizen Myriam Pedroza against the United States Citizenship and Immigration Services.

You will also find enclosed a Court's suggestion that has been executed by this office to have this case heard by a United States Magistrate.

Thank you for the attention you will give to this matter.

Sincerely,

Cristóbal Bonifaz
CB/mj

# United States District Court

Western Division  DISTRICT OF  Massachusetts

Myriam Pedroza

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 05-30009-MAP

Denis Riordan, in his official capacity as District Director of the Boston District of United States Citizenship and Immigration Services, JFK Building Government Center Boston, Massachusetts 02203

TO: (Name and address of defendant)

John Ashcroft, Attorney General United States
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cristóbal Bonifaz
LAW OFFICES OF CRISTOBAL BONIFAZ
48 North Pleasant Street
P.O. Box 2488
Amherst, Massachusetts 01004-2488

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    2/2/05
CLERK                                           DATE

_____
(BY) DEPUTY CLERK

# United States District Court

Western Division     DISTRICT OF     Massachusetts

Myriam Pedroza

            SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:    05-30009-MAP

Denis Riordan, in his official capacity as District Director
of the Boston District of United States Citizenship and
Immigration Services, JFK Building Government Center
Boston, Massachusetts 02203

TO: (Name and address of defendant)

Eduardo Aguirre, Director
US Citizenship and Immigration Services
20 Massachusetts Avenue
Washington, DC 20529

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cristóbal Bonifaz
LAW OFFICES OF CRISTOBAL BONIFAZ
48 North Pleasant Street
P.O. Box 2488
Amherst, Massachusetts 01004-2488

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                         2/2/05

CLERK                                                 DATE

_[signature]_
(BY) DEPUTY CLERK

# United States District Court

Western Division _____ DISTRICT OF _____ Massachusetts

Myriam Pedroza

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 05-30009-MAP

Denis Riordan, in his official capacity as District Director
of the Boston District of United States Citizenship and
Immigration Services, JFK Building Government Center
Boston, Massachusetts 02203

TO: (Name and address of defendant)

Denis Riordan, District Director
US Citizenship and Immigration Services
JFK Building, Government Center
Boston, Massachusetts 02203

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cristóbal Bonifaz
LAW OFFICES OF CRISTOBAL BONIFAZ
48 North Pleasant Street
P.O. Box 2488
Amherst, Massachusetts 01004-2488

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    2/2/05
CLERK                                            DATE

_____
(BY) DEPUTY CLERK

# United States District Court

Western Division ___ DISTRICT OF ___ Massachusetts

Myriam Pedroza

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 05-30009-MAP

Denis Riordan, in his official capacity as District Director
of the Boston District of United States Citizenship and
Immigration Services, JFK Building Government Center
Boston, Massachusetts 02203

TO: (Name and address of defendant)

Michael J. Sullivan US Attorney
C/o US Attorney's Office Springfield
1550 Main Street
Springfield, Massachusetts 01103

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cristóbal Bonifaz
LAW OFFICES OF CRISTOBAL BONIFAZ
48 North Pleasant Street
P.O. Box 2488
Amherst, Massachusetts 01004-2488

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS          2/2/05
CLERK                 DATE

_[signature]_
(BY) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.52 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.57 |

Postmark Here

Sent To: Michael Sullivan
Street, Apt. No.; or PO Box: Apt. 1550 Main St
City, State, ZIP+4: Springfield MA 01103

7002 2410 0002 8396 9272

PS Form 3800, June 2002        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Sullivan
   US Attorney
   1550 Main St.
   Springfield MA
   01103

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery: 2-22-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7002 2410 0002 8396 9272

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 1.75 |
| Certified Fee | | 2.30 |
| Return Reciept Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.80 |

Postmark Here — CONWAY MA 01341

Sent To: John Ashcroft Att General
Street, Apt No.; or PO Box No. Dept Justice 950 PA Ave
City, State, ZIP+4 Washington DC 20530

7003 2260 0004 7809 0695

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Ashcroft Att Gen.
US Dept of Justice
950 PA Avenue
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

FEB 2 3 2005

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0004 7809 0695

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.75 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.80 |

Postmark Here

Sent To: Hon Eduardo Aguirre
Street, Apt. No; or PO Box: US Cit Imm Serv.
City, State, ZIP+4: 20 MA Ave, Washington DC 20529

Article Number: 7002 2410 0002 8396 9265

PS Form 3800, June 2002     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Eduardo Aguirre.
   US CIS
   20 MASS Ave
   WASHINGTON DC 20529

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): DHS
C. Date of Delivery: 2-24-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 2410 0002 8396 9265

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

