UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
MYRIAM PEDROZA,                  )
                                 )
        Plaintiff,               )
                                 )   Civil Action No.
        v.                       )   05cv30009-MAP
                                 )
DENIS RIORDAN, in his official   )
capacity as District Director    )
of the Boston District of        )
United States Citizenship        )
and Immigration Services,        )
                                 )
        Defendant.                )
```

JOINT MOTION TO STAY LITIGATION

The plaintiff, Myriam Pedroza, and the defendant, Denis Riordan, by their respective attorneys, move to stay the litigation for six months for the following reasons:

1. The plaintiff filed this action on January 22, 2005, seeking damages allegedly resulting from the deportation of her spouse, Alipido Angomas Cabrera. The complaint was served on the defendant on or about February 22, 2005, and an response is due on or about April 22, 2005.

2. Cabrera intends to apply for an immigrant visa based on his marriage to a United States citizen and in conjunction with that application, intends to file a request for permission to reapply for admission to the United States after deportation. If Cabrera is successful in these efforts, he intends to voluntarily dismiss this lawsuit.

3. It is in the interest of judicial economy and not prejudicial to either party for this litigation to be stayed pending the outcome of Cabrera's efforts to obtain an immigrant visa.

4. The parties propose a six-month stay based on their best estimate of the time required to obtain decisions on the application for an immigrant visa and request for permission to reapply for admission to the United States. Either party may move for a lift of the stay before the expiration of the six-month period or for an extension of the stay at the close of the six-month period as warranted by developments.

WHEREFORE, the parties respectfully request that this lawsuit be stayed until October 22, 2005.

Respectfully submitted

| THE PLAINTIFF | THE DEFENDANT |
| Myriam Pedroza | Denis Riordan |

By: /s/ Cristobal Bonifaz/klg
    CRISTOBAL BONIFAZ
    Law Offices
    48 North Pleasant Street
    Amherst, MA 01004

By: /s/Karen L. Goodwin
    KAREN L. GOODWIN
    Assistant U.S. Attorney
    1550 Main Street
    Springfield, MA 01103

Dated: April 8, 2005