IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| MYRIAM NELLY PEDROZA, <br><br> Plaintiff, <br><br> vs. <br><br> DENIS RIORDAN, in his official capacity as District Director of the Boston District of UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | COMPLAINT NO: 05-30009-MAP |

## REPORT TO THE COURT

Plaintiff reports to this Honorable Court in compliance with this Court Order issued on April 14, 1005, that Plaintiff is still awaiting a decision by United States Citizen and Immigration Services regarding the application for waiver of the ten year foreign residency requirement filed by Counsel on behalf of Alipido Angomas Cabrera on May 2, 2005.

Plaintiff's counsel has discussed this matter with both the US Attorney and with counsel for USCIS, and is hereby requesting a further postponement of this litigation to see if the matter gets resolved satisfactorily by USCIS actions.

Plaintiff therefore respectfully request a further stay of the proceedings until January 22, 2006 at which time Plaintiff's counsel will report again to the Court.

Opposing counsel is in agreement with this request.

October 19, 2005

Respectfully submitted
By Attorneys for plaintiff,

*[signature]*

Cristóbal Bonifaz
48 North Pleasant Street
P.O. Box 2488
Amherst, Massachusetts 01004-2488
e-mail cbonifaz@comcast.net

## CERTIFICATE OF SERVICE

I, Cristóbal Bonifaz certify that today, October 19, 2005, I served this Report by regular mail upon the following:

Karen L. Goodwin, Esq.
Assistant US Attorney
1550 Main Street
Springfield, Massachusetts 01103

Henry Hanley Esq.
Associate Area Counsel USCIS
Office District Counsel Room 425
JFK Building, Government Center
Boston, Massachusetts 02203

*[signature]*

Cristóbal Bonifaz