IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| MYRIAM NELLY PEDROZA, <br><br> and, <br><br> MYRIAM NELLY PEDROZA and ALIPIDO ANGOMAS CABRERA wife and husband and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DENIS RIORDAN in his official capacity as District Director of the Boston District of UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES | 05 CV 30009-MAP <br><br> CLASS ACTION AMENDED COMPLAINT NO: 05-3000-MAP FOR INJUNCTIVE AND DECLARATORY RELIEF IN THE NATURE OF MANDAMUS AND FOR DAMAGES FOR TORTUOUS ACTIONS. |

### NOTICE OF FILING AND SERVICE OF AMENDED COMPLAINT

Plaintiffs hereby file an Amended Complaint to the Complaint originally filed with this Honorable Court on January 22, 2005 under F.R.Civ.P. 15(a). Leave of Court is not required for this filing as no responsive pleadings have yet been filed in this matter.

January 12, 2006

Respectfully submitted,
By Attorney for Plaintiffs,

_/s/ Cristóbal Bonifaz_

Cristóbal Bonifaz (BBO 548-405)
LAW OFFICES OF CRISTOBAL BONIFAZ
180 Maple Street
P.O. Box 180
Conway, MA 01341
Tel: 413-369-4263
E-mail: cbonifaz@comcast.net

### CERTIFICATE OF SERVICE

I, Cristóbal Bonifaz certify that today, January 12, 2006, I served this Notice of Amended Complaint as well as a Copy of the Amended Complaint by priority mail upon the following attorneys of record in this litigation:

Karen L. Goodwin, Esq.
Assistant US Attorney
1550 Main Street
Springfield, Massachusetts 01103

Henry Hanley Esq.
Associate Area Counsel USCIS
Office District Counsel Room 425
JFK Building, Government Center
Boston, Massachusetts 02203

_/s/ Cristóbal Bonifaz_
Cristóbal Bonifaz