IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| MYRIAM NELLY PEDROZA,<br><br>and,<br><br>MYRIAM NELLY PEDROZA and<br>ALIPIDO ANGOMAS CABRERA<br>wife and husband and all others<br>similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br>vs.<br><br>DENIS RIORDAN in his official<br>capacity as District Director<br>of the Boston District of<br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES | CLASS ACTION<br>AMENDED COMPLAINT<br>NO: 05-3000-MAP<br>FOR INJUNCTIVE AND<br>DECLARATORY RELIEF<br>IN THE NATURE OF<br>MANDAMUS AND FOR<br>DAMAGES FOR TORTUOUS<br>ACTIONS. |

**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs Myriam Nelly Pedroza and Alipido Angomas Cabrera wife and husband, by their attorney, hereby move this Honorable Court, pursuant to Rule 23(c) (1) of the Federal Rules of Civil Procedure, to certify this action as a class action under Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure on behalf of a plaintiff class consisting of all persons within the jurisdiction of the Boston Office of USCIS who have filed waivers for admission to the United States after deportation or removal within the past ten years with the Boston Office of USCIS.

In support of their motion, plaintiffs rely on and incorporate the accompanying memorandum of law and exhibits thereto.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1(D), L.R.D. Mass, plaintiffs request oral argument on their Motion for Class Certification.

January 25, 2006

Respectfully submitted,
By Attorney for Plaintiffs,

_____
Cristóbal Bonifaz (BBO 548-405)
LAW OFFICES OF CRISTOBAL BONIFAZ
180 Maple Street
P.O. Box 180
Conway, MA 01341
Tel: 413-369-4263
E-mail: cbonifaz@comcast.net
November 30, 1999

### CERTIFICATION OF CONSULTATION

Plaintiffs' counsel certifies that he called Attorney Karen Goodwin, US Attorney of Record in this proceedings, on January 24, 2005, was unable to reach her but a left a message on her telephone answering machine to the effect that Plaintiffs were filing this Motion on January 25, 2005 and that unless I heard back from her I would assume and report to the Court that Defendants planned to oppose the Motion. Counsel for Plaintiffs did not get a return call from the US Attorney's Office indicating that Defendants will oppose the Motion.

_____
Cristóbal Bonifaz

### CERTIFICATE OF SERVICE

I, Cristóbal Bonifaz, certify that today, January 25, 2006 I served this Motion for Class Certification and accompanying Memorandum of Law, Volume I with Exhibits A to X and Volume II with Exhibits A-G filed in support of the motion, by Federal Express,

twenty four hour delivery, upon the following counsel of defendant, who have made appearances in this case, at the addresses listed below.

Karen L. Goodwin, Esq.
Assistant US Attorney
1550 Main Street
Springfield, Massachusetts 01103

Henry Hanley Esq.
Associate Area Counsel USCIS
Office District Counsel Room 425
JFK Building, Government Center
Boston, Massachusetts 02203

_____
Cristóbal Bonifaz