IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| MYRIAM NELLY PEDROZA,<br><br>and,<br><br>MYRIAM NELLY PEDROZA and<br>ALIPIDO ANGOMAS CABRERA<br>wife and husband and all others<br>similarly situated,<br><br>                                  Plaintiffs,<br>vs.<br><br>DENIS RIORDAN in his official<br>capacity as District Director<br>of the Boston District of<br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES | 05 CV 3000 9-MHP<br><br>CLASS ACTION<br>AMENDED COMPLAINT<br>NO: 05-3000-MAP<br>FOR INJUNCTIVE AND<br>DECLARATORY RELIEF<br>IN THE NATURE OF<br>MANDAMUS AND FOR<br>DAMAGES FOR TORTUOUS<br>ACTIONS. |

### UNOPPOSED MOTION BY PLAINTIFFS FOR A THREE MONTH DELAY IN THESE PROCEEDINGS PENDING FURTHER ACTION BY USCIS

1.   Plaintiff Myriam Nelly Pedroza originally filed this Complaint on January 22, 2005 against Defendant Denis Riordan as District Director of the United States Citizenship and Immigration Services ("USCIS") under the Federal Tort Claim Act 28 U.S.C. §§ 1346, 2671 et seq., the Declaratory Judgment Act, 28

U.S.C. § 1361; the Administrative Procedure Act, 5 U.S.C. § 701 et seq; the Immigration and Naturalization Act, 8 U.S.C. § 1101, et seq, and the United States Constitution alleging that the negligence of the District Director of the Boston Office of USCIS had caused her damages.

2. On April 14, 2005 Plaintiff and the Government entered into an agreement under which if the Government adjudicated a waiver for admission to the United States after deportation, Plaintiff was willing to dismiss this case. Plaintiffs and the Government sough jointly a stay of all proceedings for six months which were granted by the Court.

3. On October 22, 2005, Plaintiff filed a Report to the Court as required by this Court when granting of the six month stay. In this Report Plaintiff notified the Court that the matter of the waiver was still pending with the Government and requested without opposition an additional three month stay which was granted.

4. During the stay period Plaintiff was unable to obtain adjudication of its requested waiver from any branch of USCIS or from the American Consulate in the Dominican Republic. Plaintiff learned that this inability to process the waiver was due to the refusal to accept jurisdiction of such waivers by the USCIS District Director's Office in spite of the clear language of the Code of Federal Regulations concerning this issue.

5. This lack of acceptance of jurisdiction by the USCIS District Director's Office is affecting not only Plaintiff and her spouse but hundreds of others who in

similar manner find themselves bounced from office to office in a bureaucratic labyrinth with no end in sight.

6. Given these facts Plaintiff and her Dominican Republic spouse allowed their names to be used as representatives of a class of individuals whose waivers had been refused for adjudication by the Boston Office of USCIS and thus filed a class action amended complaint to remedy the lack of acceptance of jurisdiction by the Boston Office of USCIS. This Amended Complaint under Fed. R. Civ. P. 15(a) was filed in this Honorable Court on January 12, 2006.

7. On January 26, 2006 Plaintiffs and the class filed a Motion with this Court accompanied by voluminous exhibits asking this Honorable Court to certify the requested class.

8. Today February 7, 2006, Plaintiffs Counsel received notification from the US attorney in the case that the sought waiver of Alipido Angomas had been granted on the date of the filing of the Motion for Class Certification. (See attachment.).

9. The granting of the waiver renders the class action part of the complaint moot. *Maria Antonia Cruz, et al., v. Steven Farquhanson as District Director of the Boston District of Immigration Service*, 252 F.2d 530 (1st Cir. 2001.)[1]

---

[1] Counsel in *Maria Cruz v. INS* was the same counsel here.

3

10. Given these facts Plaintiffs respectfully request that these proceedings be postponed for three months which is ample time for finalization of Alipido Angomas's residency visa so that he can join his family in Massachusetts.

11. Counsel has discussed the contents of this Motion with counsel for the Government who has stated that the Government will not oppose the request made here.

February 7, 2006

Respectfully submitted
By Attorneys for plaintiff,

*/s/ Cristóbal Bonifaz*

Cristóbal Bonifaz
LAW OFFICES OF CRISTÓBAL BONIFAZ
180 Maple Street
P.O. Box 180
Conway, Massachusetts 01341
e-mail cbonifaz@comcast.net

### CERTIFICATE OF SERVICE

I, Cristóbal Bonifaz certify that today, February 7, 2006, I served this Motion by FedEx mail upon the following attorneys of record in this litigation:

Karen L. Goodwin, Esq.
Assistant US Attorney
1550 Main Street
Springfield, Massachusetts 01103

Henry Hanley Esq.
Associate Area Counsel USCIS
Office District Counsel Room 425
JFK Building, Government Center

4

Boston, Massachusetts 02203

_____
Cristóbal Bonifaz

OMB No. 1615-0018; Exp. 11-30-05

**U.S. Department of Homeland Security**
Bureau of Citizenship and Immigration Services

# I-212, Application for Permission to Reapply for Admission Into the United States After Deportation or Removal

*(To be filed in duplicate)*

06/15/2005   EAC-05-183-51426   ERCSJR02

Date  May 2, 2004

I request permission to reapply for admission into the United States.

| | |
|---|---|
| 1. Name  (Last)  (First)  (Middle)<br>Angomas    Alipido | 2. File numbers on correspondence from Bureau of Citizenship and Immigration Services (CIS) or former Immigration and Naturalization Service (INS) (if known)<br>A-044-659-587 |
| 3. Name used when last deported or removed from the U.S.<br>Alipido Angomas Cabrera | 4. Date of Birth (mm/dd/yyyy)<br>9/17/1959 |
| 5. Other names used or known by<br>Alipido Angomas Cabrera | 6a. Place of Birth (city or town; state or province; and country)<br>Maria Auxiliadora Santo Domingo Dom. Repub. |
| 7. Circumstances under which deported or removed from the United States (check applicable blocks)<br>☐ Excluded and deported (less than one year ago)<br>☑ Arrested and deported (less than five years ago)<br>☐ Removed after having fallen into distress (less than five years ago)<br>☐ Removed as alien enemy (less than five years ago)<br>☐ Removed at U.S. Government expense in lieu of deportation (less than five years ago) | 6b. Country of Citizenship/Nationality<br>Dom. Repub. |
| | 8. Length of residence in the United States<br>Eleven years |
| | 9. Place of residence at time of deportation or removal from United States (city and state)<br>221 Bay Street Apt. 204 Springfield, MA 01109 |
| | 10. Place deportation hearing held or application for removal made (city)<br>Boston |
| 11. Country to which deported or removed<br>Dominican Republic | 12. Detention facility or jail where detained (city and state) (If not detained, write "None")<br>Hartford Correctional Institution, Hartfoed, CT |
| 13. Date of deportation or removal from United States (mm/dd/yyyy)<br>January-February 2004 | 14. Port of departure from United States<br>New York |
| 15. Status desired if permitted to re-enter United States<br>☑ Permanent Resident   ☐ Visitor   ☐ Student<br>☐ Other (specify) | 16. Reasons for desiring to re-enter the United States<br>Spouse is US Citizen and a resident of Springfield MA |
| 17. Location of American Embassy/Consulate where application for visa will be made (city and country)<br>Santo Domingo, Dominican Republic | 18. Name and relationship of United States citizen or lawful resident alien spouse, parent or children, if any<br>Myriam Pedroza |
| 19. Signature of Applicant | 20. Street and number; city or town; state or province; and country of present residence<br>Flor de Nacar #8, Mil Flores, Lomina, Santo Domingo, Dominican Republic |

**Signature of person preparing form, if other than applicant**

21. I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

(Signature)   Law Offices of Cristobal Bonifaz
48 North Pleasant Street P.O. Box 2488
Amherst Massachusetts 01004-2488
(Address)    May 3, 2005 (Date)

| This space for use of DHS officer | |
|---|---|
| File A - | Date of Action  **APPROVED  JAN 26 2006** |
| Decision | DD or OIC Office   006350 |
| | RECEIVED |

Form I-212 (Rev. 04/30/04)N (Prior versions may used until 09/ 0/04)