IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| MYRIAM NELLY PEDROZA, <br><br> and, <br><br> MYRIAM NELLY PEDROZA and ALIPIDO ANGOMAS CABRERA wife and husband and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DENIS RIORDAN in his official capacity as District Director of the Boston District of UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES | 05 CV 30009-MAP <br><br> CLASS ACTION <br> AMENDED COMPLAINT <br> NO: 05-3000-MAP <br> FOR INJUNCTIVE AND <br> DECLARATORY RELIEF <br> IN THE NATURE OF <br> MANDAMUS AND FOR <br> DAMAGES FOR TORTUOUS <br> ACTIONS. |

**MOTION TO STAY PROCEEDINGS AN ADDITIONAL THIRTY DAYS DUE TO FINAL DEVELOPMENTS IN THE CASE**

Plaintiff moves this Honorable Court to delay the proceedings in matter for an additional thirty days due to final developments in this matter. Plaintiff refers this Court to Joint Report filed on May 22, 2006 for background information in this case.

Plaintiff Myriam Pedroza is pleased to report that the US State Department has granted the final interview to her husband and plaintiff Alipido Angomas and has granted the required return visa to Alipido Angomas conditioned on Myriam Pedroza appearing at the Embassy at the Dominican Republic.

Myriam Pedroza will travel to the Dominican Republic on the week of July 25 and is expected to return to the United States with her husband.

Plaintiffs have agreed to dismiss this case with prejudice as soon as Alipido Angomas returns to the United States.

It appears now that this case will be resolved within the next three weeks to everyone's satisfaction thus plaintiffs are requesting this additional postponement of the proceedings.

July 18, 2006

Respectfully submitted
By Attorneys for plaintiffs,

Cristóbal Bonifaz
LAW OFFICES OF CRISTÓBAL BONIFAZ
180 Maple Street
P.O. Box 180
Conway, Massachusetts 01341
e-mail cbonifaz@comcast.net

## CERTIFICATE OF CONSULTATION

Counsel for Plaintiffs certifies that he tried to contact Attorney for the US on July 18, 2006 both by e-mail and via the telephone and discovered that US

2

attorney will be out of the office until July 25, 2006. Counsel for the Plaintiffs has a good faith belief that US attorney will not oppose this request as she has granted previous stays pending resolution of this case without the Court's intervention.

_____
Cristóbal Bonifaz

## CERTIFICATE OF SERVICE

I, Cristóbal Bonifaz certify that today, July 18, 2006, I served this Motion and Report to the Court by regular mail upon the following attorneys of record in this litigation:

Karen L. Goodwin, Esq.
Assistant US Attorney
1550 Main Street
Springfield, Massachusetts 01103

Henry Hanley Esq.
Associate Area Counsel USCIS
Office District Counsel Room 425
JFK Building, Government Center
Boston, Massachusetts 02203

_____
Cristóbal Bonifaz

3