IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

FILED
CLERK'S OFFICE

2006 ... 32  A II: 01

U.S. DISTRICT COURT

|  |  |
|---|---|
| MYRIAM NELLY PEDROZA, <br><br> and, <br><br> MYRIAM NELLY PEDROZA and ALIPIDO ANGOMAS CABRERA wife and husband and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> DENIS RIORDAN in his official capacity as District Director of the Boston District of UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES | 05 CV 30009-MAP <br><br> CLASS ACTION <br> AMENDED COMPLAINT <br> NO: 05-3000-MAP <br> FOR INJUNCTIVE AND <br> DECLARATORY RELIEF <br> IN THE NATURE OF <br> MANDAMUS AND FOR <br> DAMAGES FOR TORTUOUS <br> ACTIONS. |

## UNOPPOSED MOTION TO DISMISS WITH PREJUDICE ALL COUNTS OF THE ORIGINAL AND AMENDED COMPLAINT

. Plaintiffs Myriam Nelly Pedroza and Alipido Angomas Cabrera hereby move to dismiss all counts of the original and amended complaint with prejudice as the remedy sough by plaintiffs in lieu of dismissing their complaint and amended complaint (the granting of the deportation waiver) was granted by the United States.

Dismissal of the aforementioned counts of the complaint and amended complaint are sought with prejudice, pursuant to the provisions of Federal Rules of Civil Procedure 41 each party to bear its own costs.

Plaintiffs have run into a separate and distinct problem that is currently preventing Alipido Angomas from returning to the United States, however, remedy for this new problem is not part of the original and amended complaint and plaintiffs reserve whatever rights they have under the law to pursue a solution to the new problem over which this Court does not currently have jurisdiction.

Counsel for the United States was contacted and is unopposed to the granting of this Motion.

July 31, 2006

Respectfully Submitted
By Attorney for Myriam Pedroza and Alipido Angomas

Cristóbal Bonifaz
LAW OFFICES OF CRISTÓBAL BONIFAZ
180 Maple Street
P.O. Box 180
Conway, Massachusetts 01341
e-mail cbonifaz@comcast.net

## CERTIFICATE OF SERVICE

I, Cristóbal Bonifaz certify that today, January 31, 2006, I served this Unopposed Motion by regular mail upon the following attorneys of record in this litigation:

Karen L. Goodwin, Esq.

Assistant US Attorney
1550 Main Street
Springfield, Massachusetts 01103

Henry Hanley Esq.
Associate Area Counsel USCIS
Office District Counsel Room 425
JFK Building, Government Center
Boston, Massachusetts 02203

Cristóbal Bonifaz